FILED

06/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0117

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0117

DEPARTMENT OF LABOR &
INDUSTRY, ex rel.: David A.
Stevenson,

        Petitioner/Appellee,

        vs.

LEPROWSE CONSTRUCTION, INC.,
and LEPROWSE CONTRACTING, INC.,
Montana Corporations action as joint
employers,

        Respondents/Appellants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER GRANTING
EXTENSION OF TIME TO
FILE APPELLANTS'
OPENING BRIEF**

PURSUANT to the Amended Appellants' Second Unopposed Motion for Extension of Time to File Appellants' Opening Brief, and for good cause appearing

IT IS HEREBY ORDERED that Appellants shall have to and including June 23, 2020, to file and serve their Opening Brief.

DATED: _____.


By _____


**ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF--pg. 1**

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 4 2020